

FILED
OCT 25 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>GIL ALBERTO VELAZCO-CASTRO,<br>DEFENDANT(S). | CASE NUMBER<br>CR11-00846-PSG<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant's counsel</u>, IT IS ORDERED that a detention hearing is set for <u>November 1</u>, <u>2011</u>, at <u>1:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Marc L. Goldman, United States Magistrate Judge</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: OCT 25 2011

U.S. ~~District Judge~~/Magistrate Judge