

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. GIL ALBERTO VELAZCO-CASTRO DEFENDANT(S). | CASE NUMBER CR11-00846-PSG ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _the Court_____, IT IS ORDERED that a detention hearing is set for _November 4_____, _2011_____, at _10:00_____ ☒a.m. / ☐p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _11/1/11_

MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge